# CASES

## ARGUED AND DETERMINED

### IN THE

# SUPREME COURT OF MINNESOTA.

SYLVESTER KIPP and Another v. JAMES ROBINSON.

December 16, 1898.

Nos. 11,398[1]—(174). [2]

**Notice of Redemption from Tax Sale under Laws 1893, c. 150—State v. Nord Followed.**

A notice of the expiration of the time of redemption from a tax sale, which fixes the time at 90 days, instead of 60, as prescribed by statute, is insufficient. State v. Nord, 73 Minn. 1, followed.

Action in the district court for Chisago county to determine adverse claims to real estate under tax sales. Defendant claimed title by virtue of a tax certificate dated October 12, 1893, under Laws 1893, c. 150. The cause was tried before Crosby, J., who ordered judgment for defendant. From the judgment entered in accordance with such order, plaintiffs appealed. Reversed.

*S. & O. Kipp*, for appellants.

*P. H. Stolberg*, for respondent.

PER CURIAM.

This action was brought under G. S. 1894, § 5821, to test the tax title under which the defendant claimed. The notice of the expiration of redemption given by the county auditor stated that the time for redemption from the tax sale would expire 90 days after service of the notice and proof thereof had been filed in his office. The case is controlled by State v. Nord, 73 Minn. 1, 75 N. W. 760.

Judgment reversed.

[1] See note on page iv, supra.   [2] October, 1898, term.